COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-09-00060-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | Criminal District Court No. One |
| LISA PAPER, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC#20040D04280) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is a motion to dismiss filed by the State pursuant to TEX.R.APP.P. 42.2(a). Finding that the State has established compliance with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


GUADALUPE RIVERA, Justice

April 2, 2009

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)